UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAIITH GULER, individually and on behalf of all others similarly situated,

                         Plaintiff,

-v-

HOPSACK AND SILK PRODUCTIONS, INC., et al.,

                         Defendants.

CIVIL ACTION NO.: 20 Civ. 5559 (PAE) (SLC)

**ORDER TO INITIATE DEFAULT PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge:

The Complaint in this action was served on August 4 and 7, 2020, with Defendants' Answers due on August 25 and 28, 2020. (ECF Nos. 7–9). No Answers having been filed on the docket, Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court and to file a Motion for Default Judgment in accordance with the Individual Rules and Practices in Civil Cases of the Honorable Paul A. Engelmayer, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **Tuesday, October 13, 2020**.

Dated:     New York, New York
             September 28, 2020

                                                SO ORDERED

                                                _____
                                                SARAH L. CAVE
                                                **United States Magistrate Judge**