UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
FAITH GULER, individually and on behalf of all others similarly situated,

                         Plaintiff,

    -against-

HOPSACK AND SILK PRODUCTIONS, INC., HOPSACK & SILK RECORDS, INC., and VALERIE SIMPSON, as an individual,

                        Defendants.
-------------------------------------------------------------------------X

**20-CV-5559**

**NOTICE OF MOTION**

PLEASE TAKE NOTICE, that upon the annexed attorney affirmation in support of entering a default judgment against Defendants, dated November 12, 2020 and the exhibits annexed thereto, and upon all pleadings and proceedings heretofore had herein, the undersigned, on behalf of Plaintiff, will move this Court before the Honorable Paul A. Engelmayer, United States District Court Judge, at the United States Courthouse, Southern District of New York located at 40 Foley Square, New York, NY 10007, at a date and time to be determined by the Court, for an Order granting Plaintiff's Motion to enter a Default Judgment, and for such other and further relief as the Court deems proper and just.

Dated: Kew Gardens, New York
       November 12, 2020

                                            Respectfully Submitted,

                                            _____/s/_____
                                            Roman Avshalumov, Esq.