UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FAITH GULER, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>              -against-<br><br>HOPSACK AND SILK PRODUCTIONS, INC., HOPSACK & SILK RECORDS, INC. and VALERIE SIMPSON, as an individual,<br><br>                      Defendants. | No. **1:20-cv-05559-PAE-SLC**<br><br><u>**JUDGMENT**</u> |

    WHEREAS Defendants Defendants Hopsack and Silk Productions, Inc., Hopsack & Silk Records, Inc., and Valerie Simpson, as an individual (collectively "Defendants") offered to allow judgment to be taken against them by Plaintiff Fatih Guler ("Plaintiff") according to the terms set forth in Defendants' Rule 68(a) Offer of Judgment ("Offer"), dated May 27, 2021, and

    WHEREAS Plaintiff accepted Defendants' Offer on May 27, 2021, it is hereby

    ORDERED, ADJUGDED, AND DECREED that Plaintiff is entitled to a gross payment of sixty-five thousand dollars ($65,000), which is inclusive of all of Plaintiff's claims for relief, damages alleged or incurred to date, costs, and attorneys' fees. Defendants are to remit payment to Plaintiff in accordance with the Offer.

Dated: New York, New York
       May 28, 2021

SO ORDERED:

          *Paul A. Engelmayer*
          _____
             PAUL A. ENGELMAYER
             United States District Judge